

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

---

**NO. 2-10-143-CV**

---

IN THE INTEREST OF K.A.V.
AND C.-S.A.V., CHILDREN

------------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant A.L.V. attempts to appeal from the trial court's default judgment signed March 15, 2010. Because an appeal from a case in which termination of parental rights is an issue is accelerated,[2] Appellant's notice of appeal was due April 5, 2010.[3] But Appellant did not file his notice of appeal until May 6, 2010, which was untimely.[4]

On May 12, 2010, we notified Appellant that his appeal was subject to

---

[1] *See* Tex. R. App. P. 47.4.

[2] *See* Tex. Fam. Code Ann. § 109.002(a) (Vernon 2009).

[3] *See* Tex. R. App. P. 26.1(b), 28.1(b).

[4] *See* Tex. R. App. P. 26.1(b).

dismissal for want of jurisdiction unless, by May 24, 2010, he filed a response showing grounds for continuing the appeal.[5] Appellant's response indicates that "[a]t this point of time, [he] would rather not pursue any legal matters involving [his] children."

Accordingly, we dismiss this appeal and Appellant's pending motion for want of jurisdiction.[6]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  June 10, 2010

---

[5] *See* Tex. R. App. P. 42.3(a).

[6] *See* Tex. R. App. P. 42.3(a), 43.2(f).